**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:             Case No. _____

**ROBLES BERRIOS, LUIS MIGUEL**     Chapter **13**
          Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/22/2014**        ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION        Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **420.00** x **60** = $ **25,200.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **25,200.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **25,200.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,935.00**

Signed: **/s/ LUIS MIGUEL ROBLES BERRIOS**
      Debtor

_____
      Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **SUN WEST MORTGA**   Cr. _____   Cr. _____
# **501131160199**   # _____   # _____
$ **1,500.00**   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BAXTER ECU**   Cr. **EMPRESAS BERRIO**   Cr. _____
# **6507470104**   # **1997322106**   # _____
$ **13,377.00**   $ **1,875.00**   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **SUN WEST MORTGA**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
         ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **FELIX M ZENO GLORO LAW OFFICE**      Phone: **(787) 879-1760**

IN RE ROBLES BERRIOS, LUIS MIGUEL                                             Case No. _____
                                        Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

**TRUSTEE WILL PAY ATTORNEY'S FEES BEFORE ANY SECURED CLAIM AND AFTER ADEQUATE PROTECTION PAYMENTS OF $175.00 MONTHLY TO BAXTER CREDIT UNION UNTIL CONFIRMATION OF THE PLAN.**

**DEBTOR WILL PROVIDE INSURANCE COVERAGE TO BAXTER CREDIT UNION AFTER MATURITY DATE THROUGH EASTERN AMERICAN INSURANCE CO.**

**ANY SHARES/SAVINGS/DIVIDENS IN ANY COOP/BANK/ASSOCIATION THAT FILES A PROOF OF CLAIM WILL BE SURRENDERED.**

**TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION, THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OF COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF FUNDS.**