# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

**LUIS M ROBLES BERRIOS**   **CASE NO. 14-06937 BKT**

**DEBTOR**   **CHAPTER 13**

## INFORMATIVE MOTION

COMES NOW, Debtor, through its undersigned attorney and respectfully STATES and PRAYS:

1. That on November 21, 2014, the secured creditor Sun West Mortgage Company filed a proof of claim #7 and that claim that does not have evidence of perfection of security.

2. Attached is a Title Search that provides evidence of secured status of Sun West Mortgage Company proof of claim.

## CERTIFICATE OF SERVICE

*I hereby certify* that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, Chapter 13 Trustee, Alejandro Oliveras, at aorecf@13sju.com and by depositing true and correct copies thereof in the United States Mail., to the non CM/ECF participants and parties in interest that have filed notices of appearance pursuant to G.O. 05-09, included in the service list attached to the original hereof.

In Arecibo, Puerto Rico, this 5th day of February, 2015.

**FELIX M ZENO GLORO**
**USDC 124212**
**BOX 1945 ARECIBO PR 00613**
**TEL 879-1760; FAX 880-2756**
tribunal@zenogloro.com

/s/Edwin Matos Maldonado
EDWIN MATOS MALDONADO
USDC 226403

cdm

**Atenas**
**TITLE RESEARCH**

## ESTUDIO DE TITULO

**SOLICITANTE:** LUIS MIGUEL ROBLES BERRIOS

**FINCA NUMERO:** 15,040, inscrita al folio 191 del tomo 282 de Barceloneta, Registro de Manatí.

**DESCRIPCION:**

*URBANA:* Solar radicado en la en la Urbanización City Paradise, localizada en el barrio Palmas Altas, sector Piche Central del término municipal de Barceloneta, Puerto Rico, el cual se identifica en el plano de inscripción de la urbanización con el #67, con una cabida superficial de 347.09 metros cuadrados. En lindes por el Norte, con la calle Cupey, antes calle #3 de la urbanización, en una distancia en línea recta de 9.90 metros (según plano 9.00 metros) y en una curva de 5.50 metros; por el Sur, con el solar #68 y el solar #69 de la urbanización, en una distancia de 13.40 metros (según plano 12.50 metros); por el Este, con la calle Tabonuco, antes calle #1 de la urbanización, en una distancia de 22.60 metros y por el Oeste, con el solar #66 de la urbanización, en una distancia de 26.10 metros.————————————————————

*Enclava edificación.*————————————————————

## TRACTO REGISTRAL:

Se segrega de la finca #14,994, inscrita al folio 99 del tomo 282 de Barceloneta.

## DOMINIO:

Consta inscrito a favor de **LUIS MIGUEL ROBLES BERRIOS** t/c/p **LUIS M. ROBLES BERRIOS**, soltero, quien adquiere por compra que hiciera a City Paradise Development Corporation, por el precio de $118,700.00, según consta de la escritura #26, otorgada en Guaynabo, Puerto Rico, el día 30 de julio de 2013, ante el notario público Wilmer J. Camacho Caraballo, al folio 191 del tomo 282 de Barceloneta, finca #15,040, inscripción 1ra., el día 19 de mayo de 2014.

*Annie López D/B/A Atenas Title Research*
*P.O BOX 959 MANATI PUERTO RICO 00674 / TEL: 787-854-7970 FAX: 787-854-1262*
*E-mail: atenastitle@gmail.com / Website: http://www.atenastitleresearch.com*

NOTA: Este Registro tiene establecido un sistema mecanizado. Nuestra oficina no se hace responsable por errores u omisiones que cometa el empleado del Registro en la entrada y búsqueda de datos en dicho sistema.



*FINCA #15,040*

**CARGAS Y/O GRAVAMENES:**

A)   *Por su procedencia:*

   *Afecta a servidumbre a favor de la Autoridad de Energía Eléctrica, Telecomunicaciones de Puerto Rico en una franja de 5 pies de ancho que discurre dentro de la finca principal, servidumbre de paso de alcantarillado y desagüe pluvial y condiciones restrictivas.*

B)   *Por sí:*

   *1. Se establece esta propiedad como hogar seguro, cualificada bajo la ley de transición del Programa Impulso a la Vivienda y condiciones restrictivas del Programa Mi Casa Propia, por 10 años, según consta de la escritura #26, otorgada en Guaynabo, Puerto Rico, el día 30 de julio de 2013, ante el notario público Wilmer J. Camacho Caraballo, al folio 191 del tomo 282 de Barceloneta, finca #15,040, inscripción 1ra., el día 19 de mayo de 2014.*

   *2. Hipoteca constituida por el titular en garantía de un pagaré, suscrito bajo afidávit #8351, a favor de Sun West Mortgage Co., o a su orden, por la suma de $121,682.00, intereses al 3.75% anual y vencimiento el día 1ro. de agosto de 2043, según consta de la escritura #484, otorgada en Guaynabo, Puerto Rico, el día 30 de julio de 2013, ante el notario público Lizbet Avilés Vega, inscrita al folio 191 del tomo 282 de Barceloneta, finca #15,040, inscripción 2da., el día 19 de mayo de 2014.* **Sujeta a cláusula de aceleración.**

**REVISADOS:**

*Registros de Embargos Estatales, Embargos de la Ley #12, Sentencias, Contribuciones Federales y Bitácora Electrónica, hasta el asiento 389 del diario 324, el día 6 de agosto de 2014. Nota: La bitácora electrónica está entrada hasta el día 5 de agosto de 2014.*

***Annie López***
*Investigadora de Título*

al/im.14-11637

2
NOTA: Este Registro tiene establecido un sistema mecanizado. Nuestra oficina no se hace responsable por errores u omisiones que cometa el empleado del Registro en la entrada y búsqueda de datos en dicho sistema.

**12-00524-ESL7** FEDERICO RODRIGUEZ VELEZ and ANGELINA CORNIER LOPEZ
**Case type: bk Chapter: 7 Asset: No Vol: v Bankruptcy Judge:** ENRIQUE S. LAMOUTTE INCLAN
**Date filed:** 01/30/2012 **Date of last filing:** 01/30/2015 **Plan confirmed:** 04/12/2012

# Creditors

**ALFREDO QUINONES**
PO BOX 141437
ARECIBO, PR 00614
(3415431)
(cr)

**BANCO POPULAR DE PUERT**
GPO BOX 3229
SAN JUAN, PR 00936
(3415432)
(cr)

**BANCO POPULAR DE PUERT**
GPO BOX 3228
SAN JUAN, PR 00936
(3415433)
(cr)

**BANCO POPULAR DE PUERTO RICO**
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818
(3426896)
(cr)

**BANCO POPULAR DE PUERTO RICO,**
BANKRUPTCY DEPARTMENT
PO Box 362708, San Juan PR 00936-2708
(3448419)
(cr)

**DTOP**
PO BOX 41269
SAN JUAN, PR 00940-1269
(3415434)
(cr)

**JEFFERSON CAPITAL SYSTEMS LLC**
PO BOX 7999
ST CLOUD MN 56302
(3856664)
(cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/05/2015 15:42:52 | | | |
| PACER Login: | fz0002:2552128:0 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 12-00524-ESL7 Creditor Type: All |
| Billable Pages: | 1 | Cost: | 0.10 |