1

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

**LUIS M ROBLES BERRIOS**     **CASE # 14-06937**

**DEBTORS**     **CHAPTER 13**

## MOTION TO USE PROPERTY OF THE ESTATE

**TO THE HONORABLE COURT:**

**COMES NOW THE DEBTOR in the above-captioned case,** through the undersigned attorney acting pursuant to 11 USC 363 and to this Honorable Court most respectfully requests and prays as follows:

1. The Debtor filed tax returns for the year 2014 and is expecting a refund in the amount of $2,215. (See evidence)\

2. Debtor has the need to purchase four new tires for his vehicle at a cost of $815. (see evidence)

3. Therefore, Debtor prays to be granted $815 from the refund, and repay $1,400 to the Trustee for distribution to creditors.

**WHEREFORE,** the Debtor respectfully requests from this Honorable Court to take notice of the foregoing and grant this motion to use $815 of the tax refund and repay $1,400 to the Trustee.

## NOTICE OF TIME TO OBJECT OR RESPOND

NOTICE IS HEREBY GIVEN TO ALL CREDITORS AND PARTIES IN INTEREST THAT IF NO OBJECTION OR RESPONSE IF FILED TO THIS REQUEST WITHIN **FOURTEEN (14) DAYS** OF NOTICE HEREOF AND AN ADDITIONAL THREE (3) DAYS AS PROVIDED FOR BY FED.R.BANK.P. 6001(F) IF YOUR WERE SERVED BY MAIL, THE COURT MAY APPROVE AND GRANT THE FOREGOING REQUEST WITHOUT ANY FURTHER HEARING UNLESS THE RELIEF IS FORBIDDEN BY LAW, IS AGAINST

2

PUBLIC POLICY OR IN THE OPINION OF THE COURT JUSTICE REQUIRES OTHERWISE.

### CERTIFICATE OF SERVICE

**I hereby certify** that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee and the Chapter 13 Trustee, and by depositing true and correct copies thereof in the United States Mail, to the non CM/ECF participants and parties in interest that have filed notices of appearance pursuant to G.O. 05-09, included in the service list attached to the original hereof.

In Arecibo, Puerto Rico, this 21st day of April, 2015.

s/ Edwin Matos Maldonado
**EDWIN MATOS MALDONADO**
**USDC 226403**
**FELIX M ZENO GLORO**
**USDC 124212**
=
**PO BOX 1945 ARECIBO PR 00613**
**TEL 879-1760 FAX 880-2756**
**tribunal@zenogloro.com**



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda

## Planilla de Contribución sobre Ingresos de Individuos
### Confirmación de Radicación Electrónica

Individual Income Tax Return
Confirmation of Electronic Filing

### Año 2014 - Tax Year 2014

| Campo | Valor |
|---|---|
| **Nombre del Contribuyente** / Taxpayer Name | LUIS M ROBLES BERRIOS |
| **Número de Seguro Social del Contribuyente** / Taxpayer Social Security Number | 3709 |
| **Nombre del Cónyuge** / Spouse Name | |
| **Número de Seguro Social del Cónyuge** / Spouse Social Security Number | |
| **Número de Confirmación** / Confirmation Number | 022720150582D250FF1880242 |
| **Fecha y Hora de Radicación** / Date and Time of Filing | 27/02/2015 02:33:49 PM |
| **Fecha de Pago** / Payment Date | |
| **Cantidad Pagada Electrónicamente** / Amount Paid Electronically | |
| **Número de Ruta / Tránsito** / Routing Number | |
| **Número de Cuenta** / Account Number | |
| **Balance Pendiente de Pago** / Amount Due | |
| **Contribución Pagada en Exceso** / Amount Overpaid | 2,215 |

- **Acreditar a Contribución Estimada del Próximo Año** / Credit to Estimated Tax for Next Year: 
- **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** / Amount to be Contributed to the San Juan Bay Estuary Special Fund: 
- **Aportación al Fondo Especial para la Universidad de Puerto Rico** / Amount to be Contributed to the University of Puerto Rico Special Fund: 
- **Cantidad a Reintegrar** / Refund Amount: 2,215

Cantidad Pagada Electrónicamente / Amount Paid Electronically

[ ] **Mediante cheque por correo** - Via check by mail

[x] **Mediante depósito directo** - Via direct deposit

Período de Conservación: Diez (10) años
Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)



**REVOLUTION TIRE & CARE CENTER**
CAMBIO DE ACEITE Y FILTRO · MECÁNICA LIVIANA · CAR WASH
"Nos distinguimos por nuestra calidad y servicio"
787 846-6251
Lunes a Sábado 8am-6pm
Los Precios Mas Bajos... ¡GARANTIZADOS!
Carr. 140 Ints. 681, Urb. Catalana, Barceloneta, P.R.

**TIRE & CARE**

Fecha: 4/15/15
Nombre: Luis N. Rojas
Dirección:
Teléfono:
Orden #: Estimado

Marca: Toyota
Modelo: Tacoma
Tablilla #:

| Cantidad | Descripción | Costo | Total |
|---|---|---|---|
| | Aceite SAE    Filtro # | | |
| | Engrase | | |
| | Cambio de grasa (Transmisión / Diferencial) | | |
| | Limpieza del sistema de injectores | | |
| | Limpieza / llenado del sistema radiador | | |
| | Filtro de aire | | |
| | Rotación de gomas | | |
| 4 | Venta / Reparación de gomas nuevas | $190.00 | |
| | Otro: 265/65 R17 tone | | |

RECOMENDAMOS SERVICIO CADA 3 MESES O CADA 3,000 MILLAS

**REVISIÓN PREVENTIVA**
☐ Aceites / Fluidos  ☐ Frenos  ☐ Batería  ☐ Luces
☐ Limpia parabrisas  ☐ Aire gomas  ☐ Filtro de aire  ☐ Señales

Sub-Total: $760.00
+ Gargos: $53.20
- Depósito:
Balance: $813.20

Recibido por:
GARANTIZAMOS NUESTROS PRODUCTOS Y SERVICIOS. SE REQUIERE ESTE RECIBO PARA SER HONRADA.

**14-06937-BKT13** LUIS MIGUEL ROBLES BERRIOS
Case type: bk Chapter: 13 Asset: Yes Vol: v Bankruptcy Judge: BRIAN K. TESTER
Date filed: 08/25/2014 Date of last filing: 04/04/2015 Plan confirmed: 11/07/2014

# Creditors

| | |
|---|---|
| **BANCO POPULAR DE PUERTO RICO**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | (3993751)<br>(cr) |
| **Baxter Credit Union**<br>Bankruptcy Department<br>PO Box 8133<br>Vernon Hills IL 60061 | (4007651)<br>(cr) |
| **BAXTER ECU**<br>400 NORTH LAKEVIEW PARKW<br>VERNON HILLS, IL 60061 | (3987198)<br>(cr) |
| **BAXTER ECU**<br>340 N MILWAUKEE AVE.<br>ATTN: BANKRUPTCY<br>VERNON HILLS, IL 60061 | (3987199)<br>(cr) |
| **BAXTER EMPLY CR UNION**<br>1425 LAKE COOK RD<br>DEERFIELD, IL 60015 | (3987200)<br>(cr) |
| **BP-VISA**<br>GPO BOX 3228<br>SAN JUAN, PR 00936 | (3987201)<br>(cr) |
| **COOP A/C MANATI**<br>PO BOX 30562<br>MANATI, PR 00674-8516 | (3987202)<br>(cr) |
| **DTOP**<br>PO BOX 41269<br>SAN JUAN, PR 00940-1269 | (3987203)<br>(cr) |
| **EMPRESAS BERRIOS INC**<br>P.O. BOX 674<br>CIDRA, PR 00639 | (3987204)<br>(cr) |
| **FREDDY N CORTES**<br>HC 04 BOX 16071<br>MOCA, PR 00676 | (3987205)<br>(cr) |
| **LAKEVIEW LOAN SERVICING, LLC.**<br>425 Phillips Blvd<br>Ewing, NJ 08618 | (4092554)<br>(cr) |
| **SUN WEST MORTGAGE CO I**<br>18303 GRIDLEY RD<br>CERRITOS, CA 90703 | (3987206)<br>(cr) |

Sun West Mortgage Company, Inc.

|  |  |
|---|---|
|  | (4033989) (cr) |
| **SYNCB/EMPRESAS BERRIOS** PO BOX 11623 NEWARK, NJ 07101-4623 | (3987207) (cr) |
| **SYNCB/SAMS CLUB** ATTENTION: BANKRUPTCY DEPARTMENT PO BOX 103104 ROSWELL, GA 30076 | (3987209) (cr) |
| **SYNCB/SAMS CLUB** PO BOX 965005 ORLANDO, FL 32896 | (3987208) (cr) |
| **Synchrony Bank** c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | (4045690) (cr) |
| **THD/CBNA** CITICORP CREDIT SERVICES/ATTN:CENTRALIZE PO BOX 20507 KANSAS CITY, MO 64195 | (3987211) (cr) |
| **THD/CBNA** PO BOX 6497 SIOUX FALLS, SD 57117 | (3987210) (cr) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt ||||||
| 04/21/2015 09:01:12 ||||||
| PACER Login: | fz0002:2552128:0 | Client Code: |  |
| Description: | Creditor List | Search Criteria: | 14-06937-BKT13 Creditor Type: All |
| Billable Pages: | 1 | Cost: | 0.10 |