IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS MIGUEL ROBLES BERRIOS

DEBTOR(S)

CASE NO. 14-06937-BKT

CHAPTER 13

**TRUSTEE'S POSITION AS TO**
Motion requesting entry of order to authorization
to use tax refund

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS:**

On April 21, 2015, Debtor filed a/an Motion requesting entry of order to authorization to use tax refund. **(Docket no. 24)**. The Trustee has **no opposition** to said request.

Debtor will retain $815.00 from 2014 tax refund and will devote $1400.00 to the plans funding.

**WHEREFORE**, the Chapter 13 Trustee hereby requests that Honorable Court to take notice of the aforementioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at the mailing address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 4/27/2015.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
LEGAL-PM