UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
OLD SAN JUAN DIVISION

In re:

| | |
|---|---|
| Luis Miguel Robles Berrios, | Case No.: 14-06937-BKT13 |
| a/k/a Luis M. Robles Berrios, | Chapter 13 |
| _____Debtor._____/ | |

**LAKEVIEW LOAN SERVICING'S**
**MOTION TO ALLOW DEBTOR 90-DAY EXTENSION**

COMES NOW, Movant, Lakeview Loan Servicing, LLC, by and through its undersigned counsel and files this Motion to Allow Debtor a Ninety (90) Day Extension to cure debt:

1. Movant is a Secured Creditor regarding the real property located at 67 3rd St. City Paradise, Barceloneta, Puerto Rico 00617.

2. Due to the property being located in a disaster area Movant would like to give the Debtor an opportunity to cure the affected months by allowing them a ninety (90) day extension. The Debtor is contractually due for the July 1, 2017 payment and post due for September 1, 2017 at this time.

**WHEREFORE,** Movant respectfully requests this Honorable Court to Allow Debtor a Ninety (90) Day Extension be granted and for such other and further relief as this Court deems proper.

Respectfully submitted,

Dated: <u>December 4, 2017</u>   <u>*/s / Ryan Meade*</u>
Ryan Meade, Esq
Puerto Rico Bar No. 231501
Quintairos, Prieto, Wood & Boyer, PA
9300 South Dadeland Blvd
Miami, Florida 33156
Phone: (305) 670-1101
Fax: (305)670-1161
Email: flsdbknotices@qpwblaw.com

## CERTIFICATE OF SERVICE

      I certify that I have caused to be served a copy of the foregoing Motion, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: December 4, 2017　　　　　　　*/s / Ryan Meade*
　　　　　　　　　　　　　　　　　　Ryan Meade, Esq
　　　　　　　　　　　　　　　　　　Puerto Rico Bar No. 231501

Copies Furnished To:

By CM/ECF Receipt:

FELIX M ZENO GLORO
PO BOX 1945
ARECIBO, PR 00613
787 879-1760
Email: tribunal@zenogloro.com

Trustee
ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

U.S. Trustee
MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

By First Class Mail:

LUIS MIGUEL ROBLES BERRIOS
PO BOX 1278
MANATI, PR 00674