## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**LUIS ROBLES BERRIOS**                                  **CASE NO 14-06937 BKT**

**DEBTOR**                                               **CHAPTER 13**

---

### MOTION TO INFORM

**COMES NOW**, the Debtor in the above-captioned case acting through the undersigned attorney and very respectfully alleges and prays as follows:

1. The Court ordered Debtor to inform regarding an offer of "moratoria" help given by his mortgage bank. (Dkt. 48, 49)

2. The Debtor informs that although he is grateful to the mortgage bank, he did not petition for "moratoria" assistance and has not accepted any. To the best of his knowledge his mortgage is current because he has kept up monthly payments throughout the period of the plan.

WHEREFORE, the Debtors respectfully pray that notice of the foregoing be taken for all the legal effects that it may have.

### CERTIFICATE OF SERVICE

I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who have registered for receipt of notice by electronic mail, including the US Trustee and the Chapter 13 Trustee, Popular, and to all those parties in interested that have made an electronic appearance through the Court's CM/ECF system.

RESPECTFULLY SUBMITTED in Arecibo, Puerto Rico, this 23rd day of February, 2018.

/s Edwin Matos Maldonado
EDWIN MATOS MALDONADO
USDC 226403

1

FELIX M ZENO GLORO
USDC 124212
PO BOX 1945 ARECIBO P.R. 00613
TEL: 787-879-1760; FAX: 880-2756
tribunal@zenogloro.com

**14-06937-BKT13** LUIS MIGUEL ROBLES BERRIOS
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** BRIAN K. TESTER
**Date filed:** 08/25/2014 **Date of last filing:** 12/28/2017 **Plan confirmed:** 11/07/2014

# Creditors

| | |
|---|---|
| **BANCO POPULAR DE PUERTO RICO**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | (3993751)<br>(cr) |
| **Baxter Credit Union**<br>Bankruptcy Department<br>PO Box 8133<br>Vernon Hills IL 60061 | (4007651)<br>(cr) |
| **BAXTER ECU**<br>400 NORTH LAKEVIEW PARKW<br>VERNON HILLS, IL 60061 | (3987198)<br>(cr) |
| **BAXTER ECU**<br>340 N MILWAUKEE AVE.<br>ATTN: BANKRUPTCY<br>VERNON HILLS, IL 60061 | (3987199)<br>(cr) |
| **BAXTER EMPLY CR UNION**<br>1425 LAKE COOK RD<br>DEERFIELD, IL 60015 | (3987200)<br>(cr) |
| **BP-VISA**<br>GPO BOX 3228<br>SAN JUAN, PR 00936 | (3987201)<br>(cr) |
| **COOP A/C MANATI**<br>PO BOX 30562<br>MANATI, PR 00674-8516 | (3987202)<br>(cr) |
| **DTOP**<br>PO BOX 41269<br>SAN JUAN, PR 00940-1269 | (3987203)<br>(cr) |
| **EASTERN AMERICA INSURANCE CO**<br>PO BOX 9023862<br>SAN JUAN PR 00902 | (4463706)<br>(cr) |
| **EMPRESAS BERRIOS INC**<br>P.O. BOX 674<br>CIDRA, PR 00639 | (3987204)<br>(cr) |
| **FREDDY N CORTES**<br>HC 04 BOX 16071<br>MOCA, PR 00676 | (3987205)<br>(cr) |
| **LAKEVIEW LOAN SERVICING, LLC.**<br>425 Phillips Blvd<br>Ewing, NJ 08618 | (4092554)<br>(cr) |
| **Loancare, LLC**<br>3637 Sentara Way<br>Virginia Beach, VA 23452 | (4341246)<br>(cr) |

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (4475837)<br>(cr) |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (4441526)<br>(cr) |
| SUN WEST MORTGAGE CO I<br>18303 GRIDLEY RD<br>CERRITOS, CA 90703 | (3987206)<br>(cr) |
| Sun West Mortgage Company, Inc. | (4033989)<br>(cr) |
| SYNCB/EMPRESAS BERRIOS<br>PO BOX 11623<br>NEWARK, NJ 07101-4623 | (3987207)<br>(cr) |
| SYNCB/SAMS CLUB<br>PO BOX 965005<br>ORLANDO, FL 32896 | (3987208)<br>(cr) |
| SYNCB/SAMS CLUB<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL, GA 30076 | (3987209)<br>(cr) |
| Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (4045690)<br>(cr) |
| THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | (3987210)<br>(cr) |
| THD/CBNA<br>CITICORP CREDIT SERVICES/ATTN:CENTRALIZE<br>PO BOX 20507<br>KANSAS CITY, MO 64195 | (3987211)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/26/2018 11:35:58 | | | |
| PACER Login: | felixzeno:2552128:0 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 14-06937-BKT13 Creditor Type: All |
| Billable Pages: | 1 | Cost: | 0.10 |