**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | : |
| LUIS M ROBLES BERRIOS | : CASE NO. 14-06937-BKT |
| Debtors | : CHAPTER 13 |
| | : |

**DEBTORS' RESPONSE Re: Tax Refunds, Dkt. 52 & 53**

**COMES NOW**, the Debtor in the above-captioned case acting through the undersigned attorneys and very respectfully allege and pray as follows:

1. Pending is the Trustee's motion to compel surrender refunds from 2015, 2016 and 2017 and the Court's order to show cause. (Dkt. 52 & 53)

2. The Debtor responds that on this date he has uploaded copies of all of the tax returns requested to the Trustee. In all, he had $3,988 in refunds.

3. Regarding the refunds, Debtor informs that they were used to cover the extraordinary costs of caring for his advanced and aggressive case of prostate cancer. He has been battling the symptoms of cancer for the past several years and is now in a full-fledged war with the disease. Likewise, to the extent he may have earned a few extra dollars in any of those years they were put mostly towards his failing health. Furthermore, Debtor also had to contribute to the extraordinary expenses of the funerals of his father and his mother in 2017 and 2018, respectively.

4. This is not a sob story to justify using the refunds. Evidence of these facts and expenses have also been provided to the Trustee. As seen, life can be merciless and expensive beyond the scope of a formulaic means test or an unreliable Schedule J. However, Debtor continues to fund the Chapter 13 plan in the hopes of attaining the discharge of his debts.

5. Therefore, Debtor prays notice be taken of this response and that his use of the refunds be ratified in accordance with, and for the good reasons provided, in this response.

1

**Wherefore,** Debtor prays to be deemed in compliance with the tax refund requirement and the Court's order to show cause.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who have registered for receipt of notice by electronic mail, including the US Trustee and the Chapter 13 Trustee; other interested parties listed in the creditor matrix having made an electronic appearance in the case shall also receive electronic notice.

RESPECTFULLY SUBMITTED in Arecibo, Puerto Rico, this 22nd day of October, 2018.

/s *Edwin Matos Maldonado*
EDWIN MATOS MALDONADO
USDC 226403
FELIX M ZENO GLORO
USDC 124212
PO BOX 1945 ARECIBO P.R. 00613
TEL: 787-879-1760; FAX: 880-2756
tribunal@zenogloro.com

**14-06937-BKT13** LUIS MIGUEL ROBLES BERRIOS
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** BRIAN K. TESTER
**Date filed:** 08/25/2014 **Date of last filing:** 10/22/2018 **Plan confirmed:** 11/07/2014

# Creditors

| | |
|---|---|
| **BANCO POPULAR DE PUERTO RICO**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | (3993751)<br>(cr) |
| **Baxter Credit Union**<br>Bankruptcy Department<br>PO Box 8133<br>Vernon Hills IL 60061 | (4007651)<br>(cr) |
| **BAXTER ECU**<br>400 NORTH LAKEVIEW PARKW<br>VERNON HILLS, IL 60061 | (3987198)<br>(cr) |
| **BAXTER ECU**<br>340 N MILWAUKEE AVE.<br>ATTN: BANKRUPTCY<br>VERNON HILLS, IL 60061 | (3987199)<br>(cr) |
| **BAXTER EMPLY CR UNION**<br>1425 LAKE COOK RD<br>DEERFIELD, IL 60015 | (3987200)<br>(cr) |
| **BP-VISA**<br>GPO BOX 3228<br>SAN JUAN, PR 00936 | (3987201)<br>(cr) |
| **COOP A/C MANATI**<br>PO BOX 30562<br>MANATI, PR 00674-8516 | (3987202)<br>(cr) |
| **DTOP**<br>PO BOX 41269<br>SAN JUAN, PR 00940-1269 | (3987203)<br>(cr) |
| **EASTERN AMERICA INSURANCE CO**<br>PO BOX 9023862<br>SAN JUAN PR 00902 | (4463706)<br>(cr) |
| **EMPRESAS BERRIOS INC**<br>P.O. BOX 674<br>CIDRA, PR 00639 | (3987204)<br>(cr) |
| **FREDDY N CORTES**<br>HC 04 BOX 16071<br>MOCA, PR 00676 | (3987205)<br>(cr) |
| **LAKEVIEW LOAN SERVICING, LLC.**<br>425 Phillips Blvd<br>Ewing, NJ 08618 | (4092554)<br>(cr) |
| **Loancare, LLC** | |

| | |
|---|---|
| 3637 Sentara Way<br>Virginia Beach, VA 23452 | (4341246)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>PO Box 41067<br>Norfolk, VA 23541 | (4475837)<br>(cr) |
| **Quantum3 Group LLC as agent for**<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (4441526)<br>(cr) |
| **SUN WEST MORTGAGE CO I**<br>18303 GRIDLEY RD<br>CERRITOS, CA 90703 | (3987206)<br>(cr) |
| **Sun West Mortgage Company, Inc.** | (4033989)<br>(cr) |
| **SYNCB/EMPRESAS BERRIOS**<br>PO BOX 11623<br>NEWARK, NJ 07101-4623 | (3987207)<br>(cr) |
| **SYNCB/SAMS CLUB**<br>PO BOX 965005<br>ORLANDO, FL 32896 | (3987208)<br>(cr) |
| **SYNCB/SAMS CLUB**<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL, GA 30076 | (3987209)<br>(cr) |
| **Synchrony Bank**<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (4045690)<br>(cr) |
| **THD/CBNA**<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | (3987210)<br>(cr) |
| **THD/CBNA**<br>CITICORP CREDIT SERVICES/ATTN:CENTRALIZE<br><br>PO BOX 20507<br>KANSAS CITY, MO 64195 | (3987211)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/22/2018 15:28:44 | | | |
| **PACER Login:** | felixzeno:2552128:0 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 14-06937-BKT13 Creditor Type: All |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |