UNITED STATES BANKRUPTCY COURT
DISTRICT 1

In re:

LUIS MIGUEL ROBLES BERRIOS

Debtor(s)

Case No. 14-06937-BKT

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/25/2014.

2) The plan was confirmed on 11/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/27/2019.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $26,243.88.

10) Amount of unsecured claims discharged without payment: $17,223.63.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $26,600.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$26,600.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,935.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,019.69 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,954.69** |
| Attorney fees paid and disclosed by debtor: | $65.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BAXTER CREDIT UNION | Unsecured | 5,448.00 | 0.00 | 5,505.47 | 843.05 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 108.00 | 0.00 | 214.00 | 32.78 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 4,028.00 | 0.00 | 4,121.93 | 631.21 | 0.00 |
| BAXTER CREDIT UNION | Secured | NA | 0.00 | 13,377.40 | 13,377.40 | 1,253.05 |
| DTOP | Unsecured | 730.00 | NA | 580.00 | 88.82 | 0.00 |
| EASTERN AMERICA INSURANCE CO | Priority | 0.00 | NA | 920.00 | 920.00 | 0.00 |
| EMPRESAS BERRIOS INC | Secured | 1,875.00 | 0.00 | 1,517.03 | 1,517.03 | 0.00 |
| LOANCARE LLC | Secured | 1,500.00 | NA | 1,463.41 | 1,463.41 | 0.00 |
| LOANCARE LLC | Secured | 119,823.00 | NA | 120,495.18 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 5,499.00 | NA | 5,499.67 | 842.20 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 3,605.00 | 0.00 | 3,688.76 | 564.88 | 0.00 |
| SYNCHRONY BANK | Unsecured | 728.00 | NA | 728.22 | 111.48 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,463.41 | $1,463.41 | $0.00 |
| Debt Secured by Vehicle | $13,377.40 | $13,377.40 | $1,253.05 |
| All Other Secured | $122,012.21 | $1,517.03 | $0.00 |
| **TOTAL SECURED:** | **$136,853.02** | **$16,357.84** | **$1,253.05** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$21,258.05** | **$4,034.42** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,954.69 |
| Disbursements to Creditors | $21,645.31 |
| **TOTAL DISBURSEMENTS :** | **$26,600.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/16/2019     By: /s/ ALEJANDRO OLIVERAS RIVERA
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

14-06937-BKT                                         CERTIFICATE OF MAILING
-----------------------------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

LUIS MIGUEL ROBLES BERRIOS
URB CITY PARADISE
67 CALLE CUPEY
BARCELONETA, PR  00617-2751

BAXTER CREDIT UNION
PO BOX 8133
VERNON HILL, IL  60061

QUANTUM3 GROUP LLC
MOMA FUNDING LLC
PO BOX 788
KIRKLAND, WA  98083-0788

COOP A/C MANATI
PO BOX 30562
MANATI, PR  00674-8516

DTOP
PO BOX 41269
SAN JUAN, PR  00940-1269

EMPRESAS BERRIOS INC
PO BOX 674
CIDRA, PR  00739-0674

FREDDY N CORTES
HC 04 BOX 16071
MOCA, PR  00676

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE STE 1120
MIAMI, FL  33131-1605

THD/CBNA
CITICORP CREDIT SERVICES/ATTN:CENTRALIZE
PO BOX 20507
KANSAS CITY, MO  64195

EASTERN AMERICA INSURANCE CO
PO BOX 9023862
SAN JUAN, PR  00902-3862

**UST Form 101-13-FR-S (09/01/2009)**

BAXTER CREDIT UNION
PO BOX 8133
VERNON HILLS, IL 60061-8133

LAKEVIEW LOAN SERVICING LLC
MILLENNIUM PARTNERS
JULIANA RODRIGUEZ ESQ
21500 BISCANYE BLVD SUITE 600
AVENTURA, FL 33180

LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH, VA 23452

PRA RECEIVABLES MANAGEMENT LLC
AS AGENT PORTFOLIO RECOVERY
ASSOCIATES
PO BOX 12914
NORFOLK, VA 23541

PRA RECEIVABLES MANAGEMENT LLC
AS AGENT PORTFOLIO RECOVERY
ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541

LAKEVIEW LOAN SERVICING
MILLENNIUM PARTNERS
MARISOL MORALES ABREU ESQ
100 PASEO DE COLON SUITE 9023548
OLD SAN JUAN, PR 00901

LAKEVIEW LOAN SERVICING LLC
QUINTAIROS-PRIETO-WOOD AND BOYER PA
RYAN MEADE ESQ
9300 SOUTH DADELAND BLVE
MIAMI, FL 33156

DATED: October 16, 2019

/S/Luis R Gomez
OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**